■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD WITHRIDGE, Appellant, v. DANIEL McMANN, as Warden of Auburn Prison, Respondent.— Judgment unanimously reversed on the law, writ sustained, and relator remanded to the custody of the Sheriff of Dutchess County for resentence in Dutchess County Court after compliance with section 480 of the Code of Criminal Procedure. Memorandum: The question addressed to the defendant by the court immediately following a plea for leniency by defendant's attorney, " Is there anything you want to say to me, Mr. Withridge, before I sentence you? " did not constitute compliance with section 480 of the Code of Criminal Procedure. (See *People ex rel. Miller* v. *Martin*, 1 N Y 2d 406.) (Appeal from judgment of Cayuga County Court, dismissing writ of habeas corpus.) Present — Goldman, P. J., Marsh, Gabrielli, Moule and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES T. CARTER, Appellant.— Appeal unanimously dismissed without prejudice to defendant's right to renew the motion in Supreme Court, Chautauqua County after completion of the hearing to be held in the case of *People* v. *Carter* (33 A D 2d 1103) decided concurrently herewith. (Appeal from order of Chautauqua Supreme Court, denying without a hearing, motion to vacate judgment of conviction for kidnapping, rendered September 7, 1956.) Present — Del Vecchio, J. P., Marsh, Gabrielli, Bastow and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES T. CARTER, Appellant.— Order unanimously reversed and matter remitted to Chautauqua County Supreme Court for a hearing in accordance with the following memorandum: Defendant is entitled to a hearing upon the controverted allegations of the petition to determine whether his failure to serve and file a notice of appeal was attributable to the failure of his assigned counsel to advise him of his right to appeal. (*People* v. *Montgomery*, 24 N Y 2d 130.) (Appeal from order of Supreme Court, Chautauqua County denying, without a hearing, motion to vacate judgment of conviction for kidnapping, rendered September 7, 1956.) Present — Del Vecchio, J. P., Marsh, Gabrielli, Bastow and Henry, JJ.

■ In the Matter of JOAN POPP, Plaintiff, v. JAMES W. POPP et al., Defendants.— Motion granted and appeal dismissed, without costs. Memorandum: No appeal lies from an order denying reargument.

■ In the Matter of ERIC A. LUTHER, Appellant, v. VINCENT L. TOFANY, as Commissioner of the Department of Motor Vehicles, Respondent.— Motion granted to the extent stated in the following memorandum: It is unnecessary for the appellant to add to his printed appendix the various exhibits attached to respondent's answer and return. Attention is called to rule 1000.4 (22 NYCRR 1000.4) of this court requiring that all exhibits not printed be filed with the court at least 14 days before the term at which the appeal is to be argued.

■ F. JAMES CISEK, Appellant, v. ROBERT MURPHY, as Welfare Commissioner, Respondent.— Appeal dismissed pursuant to rule 1000.3 (subd. [b]) of the rules of this court. (22 NYCRR 1000.3 [b].)